UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
GARY R. BROWN and "JANE" BROWN,

                Plaintiffs,                              Civil Action No. 20-cv-01866-PGG

**NOTICE OF VOLUNTARY DISMISSAL**

        -against-

ALLSTATE INDEMNITY COMPANY and
TEMPORARY HOUSING, INC. d/b/a
CRS TEMPORARY HOUSING

                Defendants.
-------------------------------------------------------------------x

PLEASE TAKE NOTICE that Plaintiffs, under Fed. R. Civ. P. 41(a)(1)(A)(i), withdraw and dismiss, with prejudice, all claims in this action against defendant Temporary Housing, Inc. d/b/a CRS Temporary Housing.

Dated: Uniondale, New York
       June 4, 2020

                                            FARRELL FRITZ, P.C.

                                      By: _____
                                            John P. McEntee
                                            *Attorneys for Plaintiffs*
                                            400 RXR Plaza
                                            Uniondale, NY 11556-3826
                                            (516) 227-0700

FF\9483809.1