UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
GARY R. BROWN and "JANE" BROWN,

                Plaintiffs,

        -against-

ALLSTATE INDEMNITY COMPANY and
TEMPORARY HOUSING, INC. d/b/a
CRS TEMPORARY HOUSING

                Defendants.
----------------------------------------------------------------x

Civil Action No. 20-cv-01866-PGG

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Plaintiffs, under Fed. R. Civ. P. 41(a)(1)(A)(i), withdraw and dismiss with prejudice all claims in this action.

Dated: Uniondale, New York
June 22, 2020

                              FARRELL FRITZ, P.C.

                    By: _____
                              John P. McEntee
                              *Attorneys for Plaintiffs*
                              400 RXR Plaza
                              Uniondale, NY 11556-3826
                              (516) 227-0700

FF\9477508.1